| | | |
|---|---|---|
| DATE July 16, 2004 | CASE NUMBER | 1:03cr173-1 |
| LOCATION BEAUMONT DIVISION | USA | John Stevens, Joe Batte   Assigned |
| JUDGE THAD HEARTFIELD | VS | Appeared |
| DEPUTY CLERK Jill Veazey | | |
| RPTR/ECRO Frank McMillan | | SHANNON WAYNE AGOFSKY |
| TAPE # | | Defendant |
| USPO | | Patrick Black, Douglas Barlow |
| INTERPRETER | | Attorney |
| BEGIN 10:42 | | |

**FILED A.M. July 16, 20 04**
**DAVID J. MALAND, CLERK**
**U.S. DISTRICT COURT**
By BC DEPUTY

### SENTENCING

- [X] ksen.... Sentencing held
- [ ] ksen... Sentencing called
- [ ] Court adopts presentence report
- [ ] Court adopts presentence report w/exception of: _____
- [ ] Court departs from guidelines  [ ] on motion of the govt  [ ] other: _____

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | Death penalty | | | | | | | $100.00 |
| 2 | Death penalty | | | | | | | $100.00 |
| | as imposed by jury verdict | | | | | | | T=200.00 |

**SPECIAL CONDITIONS:**

- [ ] Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.
- [ ] Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.
- [ ] Dft shall not possess a **firearm** or other destructive device.
- [ ] Dft shall provide the probation officer with access to any requested **financial information**.
- [ ] Dft shall participate in a program of **testing and treatment for drug/alcohol abuse**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.
- [ ] Dft shall participate in a program of **mental health treatment**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.
- [ ] Dft shall perform _____ hours of **community service** as directed by the probation officer.
- [ ] Dft placed on **home detention** for a period of ____ months, to commence (immediately/immediately following release from imprisonment/on _____ ). During this time dft shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones for the above period.
- [ ] Dft shall reside in a **community corrections center** for a period of ____ months to commence on _____, and shall observe the rules and regulations of that facility.
- [X] Dft remanded to the USM.  [ ] Denial of ___ Federal benefits for a period of _____ years ending _____.
- [ ] Dft ordered to surrender_____ to  [ ] USM  [ ] designated institution.
- [ ] kbnd.... Dfts [ ] set [ ] reduced to $_____  [ ] cash [ ] surety [ ] 10% [ ] PR [ ] unsecured. [ ] kocondrls.
- [ ] Bond continued [ ] previous bond in this case $ _____ type _____ [ ] other case No. _____
- [X] kdismcntgv. Counts 1+2 indict. dismissed on govt's motion. [ ] kdismcntoth._____
- [ ] Dft failed to appear  [ ] Koralo.. Order for arrest warrant  [ ] bond forfeited.
- [X] Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.
- [ ] kpsi.... Presentence Report Sealed.  [ ] P.S.I. (Sentencing Portion Only) Sealed.  [X] kminf.... Minutes filed.

CRIM 92-118                           [X] See reverse/attached for additional proceedings           10:52 Adjourn

CASE NO.    1:03cr230-1            USA vs. Toni Elaine Patterson                Page 2

ADDITIONAL PROCEEDINGS:

10:42 Court begins Sentencing hearing.  Court addresses parties.  10:45 Mr. Black addresses court.  Mr. Black request that the govt be required to elect between Counts 1 and 2.  Mr. Stevens responds.  10:46 Court enters judgment.  Govt and Deft motions to replace large exhibits with paper size.  Court grants motion.  Court advises deft that he has a right to appeal.  10:51 Mr. Black states motion to extend time to file a motion for a new trial.  Court will grant motion for extension of time.  10:52 Court adjourned.