UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 1:03CR173 |
| SHANNON WAYNE AGOFSKY | § § | (Judge Thad Heartfield) |

### ORDER APPOINTING AND DESIGNATING APPELLATE COUNSEL

Having considered the recommendation of the Office of the Federal Public Defender for the Eastern District of Texas to appoint Douglas M. Barlow, attorney at law, as lead appellate counsel for Defendant Shannon Wayne Agofsky, the Court finds that Douglas M. Barlow is learned in the law applicable to capital appellate cases and is qualified to appear as lead counsel. Mr. Barlow is hereby appointed and designated as lead appellate counsel. Federal Public Defender, G. Patrick Black, shall serve as co-counsel during the appeal.

Furthermore, this Court ORDERS compensation to Douglas M. Barlow as Criminal Justice Act (CJA) appointed counsel at the rate of $125.00 per hour according to § 6.02B(2) of the Guidelines of the Administration of the Criminal Justice Act, for the time spent in or out of court during the pendency of this appeal to the Fifth Judicial Court of Appeals, and the Supreme Court of the United States, and that the funding for this appeal and any writ of certiorari shall continue as a capital case under 21 U.S.C. § 848.

So ORDERED on this the 21st day of July, 2004.